WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

────────

(No. 75-CC-240-)

R. K. PETROLEUM COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 18, 1974.*

R. K. PETROLEUM COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.